IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DANYALL DEVICCIO MYLES                                          PLAINTIFF

VS.                                         CIVIL ACTION NO. 3:17-cv-288-FKB

BILLIE SOLLIE                                                  DEFENDANTS

## OMNIBUS ORDER

This is an action pursuant to 42 U.S.C. § 1983 brought by Danyall Deviccio Myles, an inmate in the custody of the Mississippi Department of Corrections. The Court held an omnibus hearing in this matter on June 27, 2018. During the omnibus hearing, the undersigned questioned Plaintiff concerning his claims and addressed other case management issues. Plaintiff and Defendant consented to magistrate judge jurisdiction. Having considered Plaintiff's testimony at the omnibus hearing, the Court finds and orders as follows.

Plaintiff's complaint concerns his time as a pretrial detainee at the Lauderdale County Detention Center. He alleges that on or about February 15, 2017, he slipped and fell as the result of flooding in his cell. He further alleges that he did not receive proper medical attention in the aftermath of the fall, and that he has suffered permanent injuries as a result.

At the hearing, Defendant produced to Plaintiff a copy of Plaintiff's medical records, as well as a witness list and an exhibit list. The Court ordered Defendant to produce to Plaintiff a copy of Plaintiff's jail file as well.

Discovery shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission. All discovery must be completed by October 31, 2018. Any dispositive motions must be filed by November 14, 2018.

The Court will set this matter for trial after it has ruled on any dispositive motions, if necessary.

So ordered, this the 9th day of July, 2018.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE